RICARDO ECHEVERRIA #166049
MATTHEW W. CLARK #273950
KRISTIN HOBBS #277843
**SHERNOFF BIDART ECHEVERRIA BENTLEY LLP**
600 South Indian Hill Boulevard
Claremont, California 91711
Telephone:   (909) 621-4935
Facsimile:   (909) 625-6915

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA J. BLACK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JACKSON NATIONAL LIFE INSURANCE COMPANY, a Michigan Corporation, and DOES 1 – 50,<br><br>Defendants. | Case No.: 15-CV-01429-CAS-DTBx<br><br>**JOINT NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |

TO THE HONORABLE COURT, ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSEL OF RECORD:

Priscilla J. Black and Jackson National Life Insurance Company, by and through their counsel of record, stipulate to voluntarily dismiss this lawsuit pursuant to Federal Rule of Civil Procedure section 41(a)(1)(A). Such dismissal shall be with prejudice and of the entire action.

Respectfully submitted,

Dated: July 21, 2016          SHERNOFF BIDART
                              ECHEVERRIA BENTLEY LLP


                              By:    /s/ Matthew W. Clark
                                     Ricardo Echeverria
                                     Matthew W. Clark
                                     Kristin Hobbs
                                     Attorneys for Roberta Black

Dated: July 21, 2016          JONES BELL ABBOTT FLEMING
                              & FITZGERALD LLP


                              By:    /s/ Craig R. Bockman
                                     Craig R. Bockman
                                     Austin D. Schaefer
                                     Attorneys for Jackson National Life Ins. Co.

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Re: *Black v. Jackson National Life Ins. Co., et al.*
Case No.: 15-CV-01429-CAS-DTBx

## CERTIFICATE OF SERVICE

I hereby certify that on **July 21, 2016**, I electronically filed the foregoing document entitled **JOINT NOTICE OF VOLUNTARY DISMISSAL OF ACTION** with the United States District Court for the Central District. Notice will be automatically e-mailed to the following individuals registered with the Court's CM/ECF System:

> Craig R. Bockman, Esq. / Austin D. Schaefer
> Jones Bell Abbott Fleming & Fitzgerald LLP
> 601 South Figueroa Street, 27th Floor
> Los Angeles, California 90017-5759
> crbockman@jonesbell.com; adschaefer@jonesbell.com
> Telephone: (213) 485-1555 / Facsimile: (213) 689-1004
> Attorneys for Defendant,
> Jackson National Life Insurance Company

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 21, 2016**, at Claremont, California.

/s/ Erika Castro
Erika Castro