# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                                    **JS-6**

| Case No. | EDCV15-1429-CAS(DTBx) | | Date | August 25, 2016 |
|---|---|---|---|---|
| Title | *PRISCILLA J BLACK v. JACKSON NATIONAL LIFE INSURANCE COMPANY, ET AL* | | | |

Present: The Honorable    CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Catherine M. Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS) - JOINT NOTICE OF VOLUNTARY DISMISSAL OF ACTION (Filed 07/21/16)[26]

The Court is in receipt of a Joint Notice of Voluntary Dismissal of Action. No Proposed Order was provided, which the Court notified counsel by the Notice of Filer of Deficiencies filed on July 26, 2016[27].

The Court hereby grants the Joint Notice of Voluntary Dismissal of Action, in its entirety, with prejudice. Counsel shall bear their own attorneys fees and costs.

IT IS SO ORDERED.

                                              00    :    00

Initials of Preparer                    CMJ